IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARTHURE RAY ORTEGA,

Plaintiff,

v. 1:26-cv-01462-KG-JMR

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

FINAL JUDGMENT

Having granted Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 20),

IT IS HEREBY ORDERED that this Final Judgment is entered pursuant to Rule 58 in favor of Plaintiff, and this matter is hereby remanded to the Commissioner for further proceedings.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.